IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES, | No. C 12-5989 CW (PR) |
| Petitioner, | JUDGMENT |
| v. | |
| HONORABLE GARRETT WONG, AKA GERRALD WONG, | |
| Respondent. | |

For the reasons discussed in the Court's Order of today's date, judgment is hereby entered dismissing the petition for a writ of habeas corpus without prejudice.

The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: 12/12/2012

CLAUDIA WILKEN
United States District Judge